IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
JAMES D. GUY,                : CASE NO. 3:14 CV 00792
:
            Petitioner,       : ORDER ADOPTING THE
: MAGISTRATE JUDGE'S REPORT AND
    -vs-                      : RECOMMENDATION AND
: DISMISSING THE PETITIONER'S
: PETITION
BENNIE KELLY,                :
:
            Respondent.       :
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter comes before the Court on United States Magistrate Judge George J. Limbert's recommendation that the petitioner James D. Guy's Application for Stay of Execution and/or Abeyance be denied and his petition for the writ of habeas corpus be dismissed, in its entirety, with prejudice. (Doc. 15). No timely objections have been filed.

The Court, accordingly, adopts the Report and Recommendation as its own.[1] Mr. Guy's Application for Stay of Execution and/or Abeyance is denied. ~~Mr. Guy~~'s petition for the writ of habeas corpus is dismissed, in its entirety, with prejudice.

IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 9 March 2015

---

[1] Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note.

2